UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---------------------------------------------------------------X
SUSAN LITCOFSKY and                          CIVIL ACTION
HARVEY LITCOFSKY, h/w,

            v.                                              Docket No.: 3:16-CV-00404-MLC-DEA

FRONTIER AIRLINES, INC.                      **FRONTIER AIRLINES, INC.**
---------------------------------------------------------------X  **RULE 7.1 DISCLOSURE**

      Defendant FRONTIER AIRLINES, INC. ("Frontier) by and through its attorneys, BROWN GAVALAS & FROMM LLP, as and for its Rule 7.1 Disclosure, states as follows:

      1.    The parent company of Frontier Airlines, Inc. is Frontier Group Holdings, Inc.

      2.    No publicly held corporation owns more than 10% of the outstanding shares of Frontier Airlines, Inc.'s common stock.

      Respectfully Submitted,

      **BROWN GAVALAS & FROMM LLP**
      Attorneys for Defendant,
      Frontier Airline, Inc.

By:     s/                            
     Timothy G. Hourican (TH 5559)
     1118 Clifton Ave.
     Clifton, New Jersey 07013
     Tel.: (973)779-1116
     tgh@browngavalas.com